```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 20052
   BRET MICHAEL BLOOMFIELD
   CYNTHIA ANN BLOOMFIELD                      CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-3768      SSN XXX-XX-7669

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 05/18/2005 and was confirmed 06/30/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 04/18/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
CARMAX AUTO FINANCE        SECURED          15005.00       307.41      15005.00
CARMAX AUTO FINANCE        UNSECURED           42.06          .00         42.06
GMAC MORTGAGE              CURRENT MORTG   43904.28           .00      43904.28
OLD REPUBLIC INSURANCE     CURRENT MORTG    7319.28           .00       7319.28
BANK OF AMERICA NA         UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED         7940.24          .00       7940.24
RESURGENT CAPITAL SERVIC   UNSECURED          579.36          .00        579.36
RESURGENT CAPITAL SERVIC   UNSECURED         8647.45          .00       8647.45
CREDIT FIRST NATIONAL AS   UNSECURED          901.59          .00        901.59
PORTFOLIO RECOVERY ASSOC   UNSECURED        10498.89          .00      10498.89
DISCOVER FINANCIAL SERVI   UNSECURED         5882.15          .00       5882.15
KOHLS                      UNSECURED          401.79          .00        401.79
ECAST SETTLEMENT CORP      UNSECURED        20816.42          .00      20816.42
THE HOME DEPOT             UNSECURED       NOT FILED          .00            .00
OLD REPUBLIC INSURANCE     SECURED NOT I    1295.12           .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY     2,700.00                    2,700.00
TOM VAUGHN                 TRUSTEE                                     7,374.60
DEBTOR REFUND              REFUND                                      2,711.12

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              135,031.64

PRIORITY                                            .00
SECURED                                       66,228.56
   INTEREST                                      307.41
UNSECURED                                     55,709.95
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                           7,374.60
DEBTOR REFUND                                  2,711.12

               PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 05 B 20052 BRET MICHAEL BLOOMFIELD & CYNTHIA ANN BLOOMFIELD
```

```
                                  ---------------        ---------------
TOTALS                                 135,031.64             135,031.64
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
  Dated: 07/29/08                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```